FILED
JAN 29 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EUGENIO DARIO MOLINA-LOPEZ, aka "Don Dario," aka "Molis,"<br>Defendant. | Case No. 19CR0327DMS<br><br>**NOTICE OF RELATED CASE**<br><br>~~SEALED~~<br>Unsealed per Order of the Court on 3/16/2022 (fth) |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. Juan Carlos Mancilla Arroyo, et al., Case No. 18CR2242-DMS-MDV ~~18CR2442-DMS~~, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

X (2) Prosecution against different defendants arises from:

____ (a) A common wiretap

____ (b) A common search warrant

X (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved ~~substantially~~ the same facts and the same questions of law.

DATED: January 29, 2019.

ROBERT S. BREWER, JR.
United States Attorney

3