AO 442

FILED
APR 28 2026
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DOE DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Eugenio Dario Molina-Lopez (1), aka "Don Mario," aka "Molis"

## WARRANT FOR ARREST

**Case Number:** 19cr0327-DMS

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Eugenio Dario Molina-Lopez (1)
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense):

21:959, 960, 963 - International Conspiracy to Distribute Controlled Substances
46:70503, 70506(b) - Conspiracy to Possess with Intent to Distribute Cocaine on Board a Vessel
21:853; 46:70507 - Criminal Forfeiture

DATE:
ARRESTED BY: 4-23-2026
JCG
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

RECEIVED
U.S. MARSHALS-S/CA
2019 JAN 30 AM 9:00

In violation of Title See Above United States Code, Section(s)

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ J. Mueller J. Mueller
Signature of Deputy

January 29, 2019 at San Diego, California
Date and Location

Bail fixed at $ No Bail by The Honorable Barbara L. Major
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |